SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DEREK R. HAVEL, Cal. Bar No. 193464
HILARY A. HABIB, Cal. Bar No. 293431
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email:    dhavel@sheppardmullin.com
          hhabib@sheppardmullin.com

Attorneys for Defendant
Little Caesar Enterprises, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IGNACIO DIAZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LITTLE CAESAR ENTERPRISES, INC., a corporation, and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 2:15-cv-08073-DDP-JPR<br><br>Assigned to: The Honorable Dean D. Pregerson<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO F.R.C.P. 41(a)(1)**<br><br>Complaint Filed: September 2, 2015 |

**IT IS HEREBY ORDERED** that pursuant to the Parties' Stipulation, this entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

December 21, 2016

_____
Honorable Dean D. Pregerson
United States District Judge
Central District of California

-2-

SMRH:480265007.1                                    [PROPOSED] ORDER RE DISMISSAL